# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEIJER, INC., and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>RANBAXY, INC., RANBAXY LABORATORIES, LTD., RANBAXY U.S.A., INC., and SUN PHARMACEUTICAL INDUSTRIES, LTD.<br><br>Defendants | Civil Action No. 1:15-cv-11828 |

## MOTION FOR ADMISSION OF JOHN D. RADICE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, Kristen A. Johnson, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts and an attorney of record in the above captioned action, respectfully moves that John D. Radice be admitted to practice before this Honorable Court.

John D. Radice of Radice Law Firm, 34 Sunset Boulevard, Long Beach, New Jersey 08008, (646) 245-8502, will appear on behalf of Meijer, Inc. and Meijer Distribution, Inc.  As set forth in the attached affidavit, Mr. Radice is a member in good standing of the bars of the states of New Jersey and New York, has no disciplinary actions pending against him, and is familiar with the Local Rules of the District of Massachusetts.

WHEREFORE, plaintiffs' Meijer, Inc. and Meijer Distribution, Inc., moves for the admission of John D. Radice *pro hac vice*.

Dated: June 10, 2015

*/s/ Kristen A. Johnson*
Kristen A. Johnson, BBO# 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
kristenj@hbsslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically filed the foregoing document with

the Clerk for the United States District Court for the District of Massachusetts by using the

Court's CM/ECF system, which will automatically send email notification of such filing to all

attorneys of record and will likewise be available electronically to any attorneys of record who

subsequently appear in this matter.

Respectfully submitted,

/s/ Kristen A. Johnson
Kristen A. Johnson, BBO# 667261