UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC. on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs<br><br>v.<br><br>RANBAXY INC., RANBAXY LABORATORIES, LTD., RANBAXY U.S.A., INC. AND SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>            Defendants | Case No.: 15-cv-11828-NMG |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Ranbaxy, Inc. and Sun Pharmaceutical Industries Ltd. (collectively "Ranbaxy") move to dismiss the plaintiffs' Complaint in its entirety, with prejudice, for failure to state a claim on which relief may be granted. In support of this Motion, Ranbaxy relies upon the accompanying: (1) Memorandum of Law and (2) Declaration of Laurence A. Schoen.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Ranbaxy respectfully requests oral argument on this Motion.

Dated: September 25, 2015

Respectfully submitted,

/s/ Laurence A. Schoen
Laurence A. Schoen, BBO # 633002
Kimberly Parr, BBO #679806
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
LASchoen@mintz.com
KAParr@mintz.com

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz, P.C.*
Danielle R. Sassoon*
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
jay.lefkowitz@kirkland.com
danielle.sassoon@kirkland.com

*Admitted *pro hac vice*

*Counsel for Defendants Ranbaxy, Inc. and Sun Pharmaceutical Industries Ltd.*

## LOCAL RULE CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Ranbaxy certify that they conferred with counsel for plaintiffs on September 25, 2015 in a good faith effort to resolve or narrow the issues raised by this Motion, but were unable to do so.

/s/Laurence A. Schoen
Laurence A. Schoen

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2015 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Laurence A. Schoen
Laurence A. Schoen