United States District Court
District of Massachusetts

|  |  |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC. on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>RANBAXY, INC., RANBAXY LABORATORIES, LTD., RANBAXY U.S.A., INC. and SUN PHARMACEUTIAL INDUSTRIES LTD.,<br><br>　　　　　　　Defendants. | Civil Action No.<br>15-cv-11828-NMG |

## ORDER

With respect to plaintiffs' motion for appointment of co-lead class counsel, the moving party is directed to submit to the Court, on or before August 26, 2016, a memorandum, not to exceed 5 pages, as to why it is necessary for the protection of the interests of a putative class to appoint co-lead class counsel at this time and if counsel contends that it is, the following information to facilitate this Court's decision:

- any related litigation in which either of the proposed law firms is participating which may possibly present a conflict of interest;
- any side agreements, fee or expense arrangements, written or oral, between counsel and plaintiffs or among co-lead

-1-

Case 1:15-cv-11828-NMG   Document 64   Filed 08/12/16   Page 2 of 2

-2-

   class counsel related to the sharing of fees and/or
   costs; and

- the hourly rates to be charged by co-lead class counsel
  that may be pertinent if the lodestar method of computing
  legal fees is factored into the ultimate award of legal
  fees.

SO ORDERED:

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: August 12, 2016