UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEIJER, INC., and MEIJER
DISTRIBUTION, INC., on behalf of
themselves and all others similarly situated,
    Plaintiffs,

v.                              CIVIL ACTION NO. 15-11828-NMG

RANBAXY INC., RANBAXY
LABORATORIES, LTD., RANBAXY U.S.A.,
INC., and SUN PHARMACEUTICAL
INDUSTRIES LTD.,
    Defendants.

REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTION TO DISMISS (#21)

KELLEY, U.S.M.J.

In this action Plaintiffs seek redress for Defendants' alleged anticompetitive and racketeering behavior prior to the market entry of two generic drugs. The case presents an issue of apparent first impression: whether Sherman Act claims brought by purchasers of a product may be predicated on an underlying fraud on the Food and Drug Administration.[1] Both parties rely primarily on Supreme Court precedent that, while instructive, is not precisely on point. *See*

---

[1] At oral argument, Defendants' counsel stated: "… I would submit, Your Honor, that the reason there isn't a lot of precedent is I don't believe anyone has ever tried to take a case of fraud on the FDA and package it as an antitrust case." (#45, Transcript of Motion Hearing, March 31, 2016, at 26:13-26:17.) Plaintiffs' counsel admitted that this type of case "hasn't been brought before, but these facts are pretty rare… The FDA hasn't had to come down on a manufacturer like this ever before… with respect to good manufacturing practices… the kind of misconduct that would happen here hasn't happened before." (#45 at 42:10-42:18.)

1

*After consideration of defendants' objections thereto (Docket No. 58), Report and Recommendation is accepted and adopted.*

*/s/ NMGorton, USDJ 9/7/16*