UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEIJER, INC., and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>RANBAXY INC., RANBAXY LABORATORIES, LTD., RANBAXY U.S.A., INC., and SUN PHARMACEUTICAL INDUSTRIES LTD.<br><br>Defendants | Civil Action No. 15-cv-11828-NMG<br><br>Class Action<br><br>Oral Argument Requested |

**Plaintiffs' Motion for Appointment
of Co-Lead Class Counsel**

Pursuant to Fed. R. Civ. P. 23(g)(3), Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. (the direct purchaser plaintiffs), move this Court to appoint co-lead counsel for the plaintiffs-class representatives and proposed class of direct purchasers of the pharmaceutical products valsartan and valganciclovir. In support of this motion, the direct purchaser plaintiffs submit the following:

Memorandum of Law in Support of Direct Purchaser Class Plaintiffs' Motion for Appointment of Co-Lead Counsel; and

[Proposed] Order Regarding Appointment of Co-Lead Counsel.

*Motion denied without prejudice.*

*NMGorton, USDJ 9/7/16*