United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| Meijer, Inc. and Meijer Distribution, Inc. on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 15-11828-NMG |
| v. | ) ) | |
| Ranbaxy Inc. and Sun Pharmaceutical Industries Ltd., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

**GORTON, J.**

Upon consideration of the memoranda submitted by the
parties with respect to staying discovery pending consideration
by the First Circuit Court of Appeals ("First Circuit") of
defendants' petition for interlocutory appeal and, if allowed,
resolution of that appeal, this case is **STAYED** during the
pendency thereof. See United States v. Sampson, 58 F. Supp. 3d
136, 151 (staying case pending interlocutory appeal).

Plaintiffs' motion for leave to file a proposed amended
complaint under seal (Docket No. 129) and plaintiffs' motion for
leave to file a proposed amended complaint (Docket No. 130) are

**DENIED** as moot and without prejudice.  Plaintiffs will be

permitted to file revised motions after the stay is lifted.

The parties are directed to submit a status report within

30 days of a final disposition of the First Circuit Court of

Appeals.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated June 15, 2017