**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In Re: Ranbaxy Generic
Drug Application Antitrust
Litigation

NO. 19-02878-NMG

**ORDER OF DISMISSAL**

Gorton, D. J.

    In accordance with the Memorandum & Order entered on September 19, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

9/21/2022                                          /s/Douglas Warnock
   Date                                               Deputy Clerk